UNTIED STATE DISTRICT COURT
FOR THE EASTER DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| STEVEN BROOKS, | ) | 1:03-cv-6106-AWI-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND ANDREWS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER

UPON CONSIDERATION of Defendant's motion for leave to file attachments to exhibit under seal, the record in this case and the applicable law, it is ORDERED that Attachment A to Exhibit 1, Declaration of Shakaib Syed, be submitted under seal; and it is further ORDERED that the Clerk shall serve a copy of this order on the parties in this matter.

IT IS SO ORDERED.

**Dated:   June 3, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE