UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN B. BROOKS,<br><br>        Plaintiff,<br><br>   v.<br><br>RAYMOND ANDREWS, et al.,<br><br>        Defendants. | 1:03-CV-6106 AWI SMS P<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT<br><br>(DOC. 81) |

        On May 19, 2005, defendants Calabrise, Kroger, Johnson, and Rinson filed a motion for an extension of time up to and including June 2, 2005, within which to file a response to plaintiff's amended complaint.  To date, defendants Calabrise, Kroger, Johnson, and Rinson have not filed a response to the amended complaint.[1]

        Accordingly, defendants Calabrise, Kroger, Johnson, and Rinson's motion for an extension of time is GRANTED, and defendants shall file a response to plaintiff's amended complaint within **thirty (30) days** from the date of service of this order.  The failure to do so will result in the entry of default.

IT IS SO ORDERED.

**Dated:   June 28, 2005**                 **/s/ Sandra M. Snyder**

---

[1] Defendant Andrews filed an answer on January 18, 2005, and defendants Harvey, Erlewine, and Haro filed a motion for summary judgment on June 2, 2005.

1 | i0d3h8 UNITED STATES MAGISTRATE JUDGE