# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BERNARD BROOKS,<br><br>  Plaintiff,<br><br>  v.<br><br>RAYMOND ANDREWS, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:03-CV-6106-AWI-SMS-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS ANDREWS, GEO, CALABRISE, KROGER, JOHNSON, AND RINSON'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT<br><br>(Docs. 93 and 97)<br><br>ORDER PROVIDING DEFENDANTS HARVEY, HARO, AND ERLEWINE WITH FIVE DAYS IN WHICH TO RESPOND TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF THE CLAIMS AGAINST THEM<br><br>(Doc. 96) |

Plaintiff Steven Bernard Brooks ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding against defendants Andrews, Global Experts in Outsourcing Corporation (GEO), Calabrise, Kroger, Johnson, Rinson,[1] Harvey, Haro, and Erlewine.[2] Defendants Andrews, GEO, Calabrise, Kroger, Johnson, and Rinson are represented by Klein, DeNatale,

---

[1] Identified as Rison in the complaint.

[2] Identified as Eller Wine in the complaint.

1

Goldner, Cooper, Rosenlieb, & Kimball, LLP, and defendants Harvey, Haro, and Erlewine are represented by the United States Attorney's Office.

On June 2, 2005, defendants Harvey, Haro, and Erlewine filed a motion for summary judgment. (Doc. 82.) On August 1, 2005, defendants Andrews, GEO, Calabrise, Kroger, Johnson, and Rinson filed a motion to dismiss or in the alternative for summary judgment. (Doc. 93.)

On August 16, 2005, in response to defendants Harvey, Haro, and Erlewine's motion for summary judgment, plaintiff filed a motion for voluntary dismissal or in the alternative for an extension of time to respond. (Doc. 96.) Defendants Harvey, Haro, and Erlewine have not responded to the motion.

On August 30, 2005, plaintiff filed a motion seeking an extension of time to file a response to defendants Andrews, GEO, Calabrise, Kroger, Johnson, and Rinson's motion. (Doc. 97.) Defendants Andrews, GEO, Calabrise, Kroger, Johnson, and Rinson filed a notice of non-opposition to plaintiff's request for an extension of time to file a response to their motion. (Doc. 98.)

Plaintiff's motion for an extension of time to file a response to defendants Andrews, GEO, Calabrise, Kroger, Johnson, and Rinson's motion is granted. Plaintiff shall file an opposition or statement of non-opposition within thirty days from the date of service of this order.

With respect to plaintiff's response to defendants Harvey, Haro, and Erlewine's motion, the court is inclined to grant plaintiff's motion for voluntary dismissal of his claims against defendants Harvey, Haro, and Erlewine, without prejudice. If defendants Harvey, Haro, and Erlewine wish to be heard prior to the court's ruling, they have five days from the date of service of this order to file a response.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file a response to defendants Andrews, GEO, Calabrise, Kroger, Johnson, and Rinson's motion, filed August 30, 2005, is GRANTED;

2. Plaintiff's response to defendants Andrews, GEO, Calabrise, Kroger, Johnson, and Rinson's motion shall be filed within **thirty (30) days** from the date of service of this order; and

3.  If defendants Harvey, Haro, and Erlewine wish to file a response to plaintiff's motion for voluntary dismissal or in the alternative for an extension of time, filed August 16, 2005, they must file their response within **five (5) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   September 13, 2005**                  **/s/ Sandra M. Snyder**
i0d3h8                                                      UNITED STATES MAGISTRATE JUDGE