# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BERNARD BROOKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND ANDREWS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-CV-6106-AWI-SMS-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS HARVEY, HARO, AND ERLEWINE, AND DISMISSING DEFENDANTS HARVEY, HARO, AND ERLEWINE FROM ACTION<br><br>(Doc. 96)<br><br>ORDER DENYING DEFENDANTS HARVEY, HARO, AND ERLEWINE'S MOTION FOR SUMMARY JUDGMENT AS MOOT IN LIGHT OF DISMISSAL<br><br>(Doc. 82) |

　　　　Plaintiff Steven Bernard Brooks ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On August 16, 2005, plaintiff filed a motion for voluntary dismissal of his claims against defendants Harvey, Haro, and Erlewine.[1] Defendants filed a notice of non-opposition on September 19, 2005.

　　　　Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff's claims against defendants Harvey, Haro, and Erlewine are DISMISSED, without prejudice, and defendants Harvey,

---

[1] Identified as Eller Wine in the complaint.

1

Haro, and Erlewine are DISMISSED from this action.[2] As a result, defendants Harvey, Haro, and Erlewine's motion for summary judgment is moot and is DENIED on that ground.

IT IS SO ORDERED.

**Dated:    September 27, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                                      UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff's claims against defendants Andrews, Global Experts in Outsourcing Corporation (GEO), Calabrise, Kroger, Johnson, and Rinson remain pending.

2