**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN BERNARD BROOKS, | 1:03-CV-6106 AWI SMS P |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF EXPERT WITNESS |
| vs. | |
| RAYMOND ANDREWS, et al., | (Doc. 101) |
| Defendants. | |

On September 12, 2005, plaintiff filed a motion for the appointment of an expert medical witness. The district court has the discretion to appoint an expert pursuant to Rule 706(a) of the Federal Rules of Evidence, which reads, in part, "[t]he court may on its own motion or on the motion of any party enter an order to show cause why expert witnesses should not be appointed . . . ." Fed. R. Evid. 706(a); Walker v. American Home Shield Long Term Disability Plan, 180 F.3d 1065, 1071 (9th Cir. 1999). Pursuant to Rule 702, "[i]f scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise." Fed. R. Evid. 702.

The function of an expert witness is to testify at trial to assist the trier of fact in understanding the evidence. Plaintiff may re-file his motion at such time that it appears this matter will be set for trial. Until that time, any motion for the appointment of an expert is premature.

1    Based on the foregoing, plaintiff's motion for the appointment of an expert witness, filed
2 September 12, 2005, is HEREBY DENIED.

4 IT IS SO ORDERED.

5 **Dated:   October 7, 2005**                              /s/ Sandra M. Snyder
   i0d3h8                                         UNITED STATES MAGISTRATE JUDGE