# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BERNARD BROOKS,<br><br>    Plaintiff,<br><br>  v.<br><br>RAYMOND ANDREWS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:03-CV-06106-AWI-SMS-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 108) |

  Plaintiff Steven Bernard Brooks ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On October 20, 2005, plaintiff filed a motion seeking an extension of time to file a response to defendants Andrews, Global Experts in Outsourcing Corporation (GEO), Calabrise, Kroger, Johnson, and Rinson's motion to dismiss or for summary judgment.

  Good cause having been shown, plaintiff's motion is HEREBY GRANTED. Plaintiff's response to defendants' motion is due within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:** **November 15, 2005**     /s/ Sandra M. Snyder
i0d3h8              UNITED STATES MAGISTRATE JUDGE

1