# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BERNARD BROOKS, | CASE NO. 1:03-CV-06106-AWI-SMS-P |
| Plaintiff, | ORDER STRIKING MOTION FROM RECORD FOR FAILURE TO COMPLY WITH LOCAL RULE |
| v. | |
| RAYMOND ANDREWS, et al., | (Doc. 117) |
| Defendants. | ORDER GRANTING DEFENDANTS THIRTY DAYS WITHIN WHICH TO FILE A DISPOSITIVE MOTION, AND GRANTING PLAINTIFF THIRTY DAYS THEREAFTER TO FILE A RESPONSE |

Plaintiff Steven Bernard Brooks ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on plaintiff's amended complaint, filed on April 22, 2004, against defendants Andrews, Johnson, and Rinson[1] ("defendants") for violation of the Equal Protection Clause of the Fifth Amendment. (Doc. 115.) On April 12, 2006, defendants filed a motion to dismiss or in the alternative for summary judgment, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56. (Doc. 117.) Plaintiff filed an opposition on April 28, 2006, and defendants filed a reply on May 10, 2006. (Docs. 118-122.)

///

---

[1] Identified as Rison in the amended complaint.

1      Defendants' motion is not in compliance with Local Rule 56-260(a), which requires that the
2 moving party file "all evidentiary documents cited in the moving papers." It is not the duty of the
3 Court to wade through the record in this case and compile all of the evidence previously submitted
4 by defendants and cited to by defendants in their current motion. Rather, defendants are required
5 to submit with their motion the evidence relied upon. Defendants' motion shall be stricken from the
6 record and defendants shall be granted thirty days within which to file a dispositive motion.

7      If defendants file a new dispositive motion, plaintiff may file a new response to the motion
8 if he wishes to do so after reviewing defendants' motion. The Court will not consider multiple
9 oppositions. Therefore, if plaintiff files a new response, it must be complete within itself without
10 reference to previously filed opposition(s).

11      Accordingly, it is HEREBY ORDERED that:

12   1.   Defendants' motion to dismiss or for summary judgment, filed April 12, 2006, is
13        STRICKEN from the record for failure to comply with Local Rule 56-260(a);
14   2.   Defendants have **thirty (30) days** from the date of service of this order within which
15        to file a dispositive motion;
16   3.   If plaintiff wishes to file a new response, he may do so within **thirty (30) days** from
17        the date of service of defendants' motion; and
18   4.   If plaintiff files a new response, it must be complete within itself without reference
19        to plaintiff's previous opposition(s).

21 IT IS SO ORDERED.

22 **Dated:   August 22, 2006**              **/s/ Sandra M. Snyder**
   icido3                                    UNITED STATES MAGISTRATE JUDGE