# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BERNARD BROOKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND ANDREWS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-06106-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 125 and 132)<br><br>ORDER DIRECTING CLERK OF THE COURT TO ENTER JUDGMENT FOR DEFENDANTS AND AGAINST PLAINTIFF |

　　　　Plaintiff Steven Bernard Brooks ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On January 10, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  On February 14, 2007, plaintiff filed an Objection.  Defendants did not file a response.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 10, 2007, is adopted in full;
2. Defendants' motion for summary judgment, filed August 29, 2006, is GRANTED, thus concluding this action in its entirety; and
3. The Clerk of the Court shall enter judgment for defendants and against plaintiff.

IT IS SO ORDERED.

**Dated:    March 2, 2007**                          /s/ Lawrence J. O'Neill
b9ed48                                                                 UNITED STATES DISTRICT JUDGE