# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

STEVEN BERNARD BROOKS,

    Plaintiff - Appellant,

v.

RAYMOND ANDREWS; et al.,

    Defendants - Appellees.

No. 07-15813

D.C. No. CV-03-06106-LJO

**ORDER**

FILED
MAY 18 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith   [✓]

Explanation: _See attached Exhibit "A," incorporated herein._

_____
Judge
United States District Court

Date: May 18, 2007

1)  <u>Bivens</u> claim against Defendant GEO properly dismissed because Brooks may not recover damages from a private corporation. <u>Correctional Serv. Corp. v. Malesko</u>, 534 U.S. 61, 63 (2001).

2)  Dismissal of Defendants Kroger & Calabrese proper because Court lacks personal jurisdiction over them. <u>Schwarzenegger v. Fred Martin Motor Co.</u>, 374 F.3d 797, 800-801 (9th Cir. 2004); <u>Roth v. Garcia Marquez</u>, 942 F.2d 617, 620-21 (9th Cir. 1991); <u>Bancroft & Masters, Inc. v. Augusta Nat. Inc.</u>, 223 F.3d 1082, 1086 (9th Cir. 2000).

3)  Summary adjudication on 8th Amendment medical claims proper because Brooks submitted no evidence "that the course of treatment . . . chose[n] was medically unacceptable under the circumstances . . . and . . . [was chosen] in conscious disregard of an excessive risk to [Brooks'] health." <u>Jackson v. McIntosh</u>, 90 F.3d 330, 332 (9th Cir. 1986) (internal citations omitted).

4)  Summary adjudication on I.I.E.D. claim was proper because Brooks submitted no evidence that GEO, in allowing the implementation of policy 514.1, acted with the intention to cause severe emotional distress or acted with reckless disregard to the probability that severe emotional distress would be caused. <u>Sabow v. United States</u>, 93 F.3d 1445, 1454 (9th Cir. 1996).

5)  Summary adjudication on negligence per se claim was proper because Brooks neither pled nor set forth any evidence that GEO violated a statute, ordinance, or regulation. <u>Elsner v. Uveges</u>, 22 Cal.Rptr.3d 530, 536-37 (Cal. 2004); <u>Spates v. Dameron Hosp. Assoc.</u>, 7 Cal.Rptr.3d 597, 606 (Cal. Ct. App. 2003).

6)  Summary adjudication on equal protection claim proper because Brooks failed to submit any evidence that Defendants treated him differently than other similarly situated inmates, or that Defendants intentionally discriminated against him. <u>Serrano v. Francis</u>, 345 F.3d 1071, 1082 (9th Cir. 2003); <u>Lee v. City of Los Angeles</u>, 250 F.3d 668, 686-87 (9th Cir. 2001).

Ex "A"